UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────x
                                :
UNITED STATES OF AMERICA,       :
                                :
        *Plaintiff,*            :
                                :
        *v.*                    :   No. 20-cv-1216
                                :
MARIA CANARTE,                  :
                                :
        *Defendant.*            :
───────────────────────────────x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Plaintiff United States of America voluntary dismisses the Complaint filed against Defendant Maria Canarte without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice


*/s/ Thelma A. Lizama*
THELMA ALEJANDRA LIZAMA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-616-3339 (v)
202-514-5238(f)
Thelma.A.Lizama@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2d day of November, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants. I also certify that on the same date I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

**Maria Canarte**
1. 8211 31St. Ave.
   East Elmhurst, NY 11370

2. 521 Heathcote Rd.
   Lindenhurst, NY 11757-1821

/s/ Thelma A. Lizama
THELMA A. LIZAMA
*Trial Attorney*